MEYER REINGOLD, Respondent, v. HARTFORD FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements We cannot say upon the present record that the action was not brought in time. Defendant may move to have the complaint made more definite and certain as to the date of the fire or for a bill of particulars requiring plaintiff to give the exact date of the fire. Rich, Young, Kapper and Hagarty, JJ., concur; Lazansky, P. J., concurs in result.

MAX ROSEN, Respondent, v. IDA FRIEDMAN and DAVID FRIEDMAN, Copartners, Trading under the Firm Name and Style of M. FRIEDMAN & COMPANY, and BEDFORD HOME BUILDERS, INC., DAVID FRIEDMAN, Trading under the Name of M. FRIEDMAN & COMPANY, and BEDFORD HOME BUILDERS, INC., ANTHONY S. JEREMIA, Doing Business under the Trade Name of INTERBOROUGH STOVE COMPANY, and ANDREW E. BROWN, Defendants. DAVID FRIEDMAN, Appellant.— Amended judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

CHARLES C. SNYDER, Respondent, v. CITY STORES COMPANY, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

STANDARD OIL COMPANY OF NEW YORK, Respondent, v. MICHAEL DE STEFAN, Appellant.— Order granting plaintiff's motion for summary judgment and judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Kapper and Hagarty, JJ., concur; Lazansky, P. J., dissents.

F. E. TAGLIABUE, Respondent, v. KATHERINE H. BROWN, Defendant, and GEORGE S. MAHANA, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MARY TALAMO, Respondent, v. ROSIE TALAMO, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.